United States District Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANKY YARELD CRUZ BETANCOURTH, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. 4:26-cv-00810 |
| v. | § § § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § § § | |
| Respondents. | § § § | |

## ORDER

On April 22, 2026, the respondents filed a notice of planned transfer, stating:

The United States, in accordance with this Court's February 5, 2026, Order to Answer, Dkt. No. 4, pg. 3, hereby notifies the Court and counsel for the petitioner, of the anticipated and planned transfer of Franky Yareld Cruz Betancourth outside of the Southern District of Texas.

Undersigned counsel has been informed by U.S. Immigration and Customs Enforcement that Betancourth is scheduled for removal from the United States. Respondents are not aware of any impediments to removal at this time. Respondents therefore advise the Court that on April 29, 2026, Betancourth will be taken outside the Southern District of Texas to the Republic of Honduras.

(Dkt. No. 10).  The petitioner did not file a response to the government's notice.  Review of ICE's *Online Detainee Locator System* appears to indicate that the petitioner is not currently in ICE custody and has been removed from the United States.[1]

---

[1] The location of a detainee in ICE custody may be found by searching for the detainee by his A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited June 5, 2026).

**Within five (5) days of the date of this Order**, the petitioner's counsel must provide the court with a status update stating whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner has been removed from the United States.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on June 5, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge